

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'07 CIV 7354**

**Plaintiff**
CANEUM, INC., a Nevada Corporation,

-v-

BARRON PARTNERS LP, a Delaware limited partnership, and Does 1 through 25, inclusive,
**Defendant**

Case No.



Rule 7.1 Statement

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Caneum, Inc., a Nevada Corporation</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.
    Caneum, Inc. has no publicly held corporate parents, affiliates and/or subsidiaries.

Date: August 16, 2007

_____
**Signature of Attorney**
Marc J. Schneider
**Attorney Bar Code:** MS-1952

American LegalNet, Inc.
www.USCourtForms.com