# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 7354

Date Filed: 8/17/2007

Plaintiff:
**CANEUM, INC., a Nevada Corporation,**

vs.

Defendant:
**BARRON PARTNERS LP, a Delaware limited partnership, and Does 1 through 25, inclusive**

For:
Stradling Yocca Carlson & Rauth
660 Newport Center Drive
Suite 1600
Newport Beach, CA 92660-6422

Received these papers to be served on **BARRON PARTNERS LP, ATTN:ANDREW WORDEN, CHAIRMAN and CEO, located at BARRON PARTNERS LP, 730 Fifth Avenue, 25th Floor, New York 10019.**

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **17th day of August, 2007 at 2:35 pm, I:**

I personally served the above named Person with a true copy of the **Summons In A Civil Action, Rule 7.1 Statement, Civil Cover Sheet & Complaint, Judge Lewis A. Kaplan Rules & Magistrate Judge Gabriel W. Gorenstein Rules**
by personal delivery to the subject at the above stated address.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 20th day of August, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Vincent J. Mannetta
1203246

Our Job Serial Number: 2007003477

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j