KAPLAN 5.

Marc J. Schneider (MS-1952)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Centre Drive, Suite 1600
Newport Beach, CA 92660-6422

*Attorney for Plaintiff*

Brian J. Neville
LAW OFFICES OF BRIAN NEVILLE LLC
225 Broadway, Suite 1200
New York, NY 10007

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CANEUM, INC., a Nevada
Corporation
                Plaintiff,

No. 07-Civ.-7354 (LAK)

STIPULATION

BARRON PARTNERS LP, a Delaware
limited partnership, and Does 1 through 25,
inclusive,
                Defendant.
-----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

WHEREAS, Cancum, Inc. filed and served the Complaint on August 17, 2007;

WHEREAS, Barron Partners, LP's Answer currently is due on September 7, 2007;

WHEREAS, Barron Partners, LP has requested an extension through September 20, 2007 to file its Answer.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned as follows:

1. The parties agree to extend the date for Barron Partners, LP to submit the Answer to September 20, 2007.

Facsimile or electronic signatures will be deemed equivalent to originals, and this Stipulation and Order may be executed in counterparts.

Dated: August 31, 2007

STRADLING YOCCA CARLSON & RAUTH

By: _____
Marc J. Schneider (MS-1952)
660 Newport Centre Drive, Suite 1600
Newport Beach, CA 92660-6422
*Attorneys for Plaintiff*

LAW OFFICES OF BRIAN NEVILLE

By: _____
Brian J. Neville
225 Broadway, Suite 1200
New York, NY 10007
*Attorneys for Defendant*

So Ordered:

_____
U.S.D.J.
9/6/07