KAPLAN, T.

Caryn Schechtman (CS 3858)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

Attorneys for Defendant Barron Partners LP



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
CANEUM, INC.,                               :
                                            :
                    Plaintiff,              :
                                            :
           -v-                              :  07-CV-7354 (LAK)
                                            :
BARRON PARTNERS LP, et al.                  :  STIPULATION
                                            :
                    Defendants.             :
                                            :
                                            :
------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendant Barron Partners LP ("Defendant") that Defendant's time to answer, move or otherwise respond to the First Amended Complaint shall be extended three weeks to October 24, 2007 for the purpose of providing Defendant with additional time to answer, move or otherwise respond.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

NEWY1\8151386.1

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff will have until November 26, 2007 to serve its opposition to any motion filed by Defendant in response to the First Amended Complaint or its response to any counterclaims filed by Defendant.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the parties will hold a discovery conference pursuant to Fed. R. Civ. P. 26 on or before October 25, 2007.

There have been no previous requests for an adjournment of a response to the First Amended Complaint.

Dated: New York, New York

October 2, 2007

| DLA PIPER US LLP | STRADLING YOCCA CARLSON & RAUTH |
|---|---|
| By: _____ <br> Caryn G. Schechtman (CS 3858) <br><br> 1251 Avenue of the Americas <br> New York, New York 10020-1104 <br> (212) 335-4500 | By: Marc J. Schneider /xPC <br> Marc J. Schneider (MS 1952) <br><br> 660 Newport Center Drive, Suite 1600 <br> Newport Beach, CA 92660-6422 <br> (949) 725-4100 |
| Attorneys for Defendant Barron Partners LP | Attorneys for Plaintiff |

SO ORDERED: _____

The Honorable Lewis A. Kaplan

10/3/07