Caryn Schechtman
Megan Shea Harwick
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

Attorneys for Defendant Barron Partners LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
CANEUM, INC.,                                :
                                             :
                    Plaintiff,               :  07-CV-7354 (LAK)
                                             :
            -v-                              :  RULE 7.1 STATEMENT
                                             :
BARRON PARTNERS LP, et al.                   :
                                             :
                    Defendants.              :
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Barron Partners LP ("Barron") (a private non-governmental party) certifies that there is no publicly-held corporate parents, affiliates and/or subsidiaries.

Dated: October 24, 2007

DLA PIPER US LLP

By: _____S_____
Caryn Schechtman
Megan Shea Harwick
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
Attorneys For Defendant Barron Partners LP