KARAN, J.

MARC J. SCHNEIDER (MS-1952)
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

LIZA M. PERKINS-COHEN (LP-7070)
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
12230 El Camino Real, Suite 130
San Diego, CA 92130-2090
Telephone: (858) 720-2150
Fax: (858) 720-2160

Attorneys For Plaintiff
CANEUM, INC.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANEUM, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BARRON PARTNERS LP, a Delaware limited partnership, and Does 1 through 25, inclusive,<br><br>Defendants. | 07-CV-7354 (LAK)<br><br>STIPULATION<br><br>07 CIV. 7354 |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff CANEUM, INC. ("Plaintiff") and Defendant BARRON PARTNERS LP ("Defendant") that Plaintiff's time to answer, move or otherwise respond to the Answer and Counterclaims filed by Defendant shall be extended six weeks from the previously stipulated date to January 7, 2008.

DOCSOC/1252419v1/100406-0003

Dated: November 15, 2007

| STRADLING YOCCA CARLSON & RAUTH | DLA PIPER US LLP |
|---|---|
| By: *Marc J. Schneider/xlc*<br>Marc J. Schneider (MS-1952) | By: *[signature]*<br>Caryn G. Schechtman (CS-3858) |
| 660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422 | 1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Attorneys for Plaintiff<br>CANEUM, INC. | Attorneys for Defendant<br>BARRON PARTNERS LLP |

SO ORDERED: _____
Hon. Lewis A. Kaplan

11/20/07

2

DOCSOC/1252419v1/100406-0003