MARC J. SCHNEIDER (MS-1952)
**STRADLING YOCCA CARLSON & RAUTH**
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

LIZA M. PERKINS-COHEN (LP-7070)
**STRADLING YOCCA CARLSON & RAUTH**
A Professional Corporation
12230 El Camino Real, Suite 130
San Diego, CA 92130-2090
Telephone: (858) 720-2150
Fax: (858) 720-2160

Attorneys For Plaintiff and Counterdefendant
CANEUM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANEUM, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BARRON PARTNERS LP, a Delaware limited partnership, and Does 1 through 25, inclusive,<br><br>Defendants. | 07-CV-7354 (LAK)<br><br>**NOTICE OF APPEARANCE**<br><br>07 CIV. 7354<br><br>Judge: Hon. Lewis A. Kaplan<br>Courtroom: 12D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Liza Perkins-Cohen of Stradling, Yocca, Carlson & Rauth, 12230 El Camino Real, Suite 130, San Diego, CA 92130, Tel. (858) 720-2150,

Fax (858) 720-2160 hereby appears as an attorney for Plaintiff and Counterdefendant Caneum, Inc. ("Caneum") in this action.

Dated: December 17, 2007          STRADLING YOCCA CARLSON & RAUTH

                                  By: _____
                                      Liza Perkins-Cohen
                                      Attorneys for Plaintiff and Counterdefendant
                                      CANEUM, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA           )
                              )  ss
COUNTY OF SAN DIEGO           )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12230 El Camino Real, Suite 130, San Diego, California 92130. On December 17, 2007, I served the following documents:

**NOTICE OF APPEARANCE**

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at 12230 El Camino Real, San Diego, CA 92130, addressed as set forth below.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   by placing the document(s) listed above in a sealed FEDERAL EXPRESS package for overnight delivery at San Diego, California addressed as set forth below.

☒   by scanning the document(s) listed above and sending via electronic mail from San Diego, CA to the recipient(s) at the electronic mail addresses listed below

Caryn Schechtman
Megan Shea Harwick
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
E-mail: megan.shea@dlapiper.com

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on December 17, 2007, at San Diego, California.

_____<br>Leia Villasenor