Caryn Schechtman
Megan Shea Harwick
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
Tel:  (212) 335-4500
Fax:  (212) 335-4501

Edward Totino
DLA PIPER US LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Tel:  (310) 595-3000
Fax:  (310) 595-2200

Attorneys for Defendant Barron Partners LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
CANEUM, INC.,

                Plaintiff,        :  07-CV-7354 (LAK)

     -v-

BARRON PARTNERS LP, et al.

                Defendants.
------------------------------------------------------------------x

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

      Please enter the appearance of the undersigned as counsel for Defendant Barron Partners LP in this action. I certify that I am admitted to practice in this Court.

NEWY1\8204073.1

Dated: February 26, 2008

                                        DLA PIPER US LLP

                                        By: _____
                                        Edward Totino
                                        1999 Avenue of the Stars
                                        Los Angeles, California 90067
                                        Tel:   (310) 595-3000
                                        Fax:  (310) 595-3300
                                        E-mail:edward.totino@dlapiper.com

                                        Attorneys for Defendant Barron Partners LP

NEWY1\8204073.1