KARAS, J.

MARC J. SCHNEIDER (MS-1952)
mschneider@sycr.com
**STRADLING YOCCA CARLSON & RAUTH**
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

LIZA M. PERKINS-COHEN (LP-7070)
lperkins-cohen@sycr.com
**STRADLING YOCCA CARLSON & RAUTH**
A Professional Corporation
12230 El Camino Real, Suite 130
San Diego, CA 92130-2090
Telephone: (858) 720-2150
Fax: (858) 720-2160

Attorneys For Plaintiff
CANEUM, INC.



RECEIVED
MAR - 5 2008
JUDGE ___AN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANEUM, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BARRON PARTNERS LP, a Delaware limited partnership, and Does 1 through 25, inclusive,<br><br>Defendants. | STIPULATION FOR DISMISSAL<br><br>07 CIV. 7354 (LAK) |

Plaintiff Caneum, Inc. ("Caneum") and defendant Barron Partners, L.P. ("Barron") hereby stipulate by and through their respective attorneys that all of Barron's counterclaims against Caneum and all of Caneum's claims against Barron shall be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The claims are being dismissed because Barron recently informed Caneum that Barron

DOCSOC/1268898v1/100406-0003

has one or more limited partners who are California citizens, and, insofar as the parties are not diverse, this Court lacks subject matter jurisdiction over the action. Each side shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: ~~February 25~~ March 3, 2008          STRADLING YOCCA CARLSON & RAUTH

By: _____
Marc J. Schneider
660 Newport Center Drive, Ste. 1600
Newport Beach, CA 92660-6422
(949) 725-4000

*Attorneys for Plaintiff Cenuco, Inc.*

DATED: February 25, 2008          DLA PIPER US LLP

By: _____
Edward D. Totino
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023
(310) 595-3025

*Attorneys for Defendant Barron Partners LP*

SO ORDERED:

_____
U.S.D.J.

3/5/08